**UNITED STATES of America, Plaintiff–Appellee**

v.

**William Antonio QUINTANILLA–QUINTANILLA, also known as William Quintanilla, also known as William Antonio Quintanilla, also known as William A. Quintanilla, Defendant–Appellant.**

**No. 09–20004**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent William Antonio Quintanilla–Quintanilla moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Quintanilla–Quintanilla filed a response. Thereafter, the FPD filed as supplemental letter brief, and Quintanilla–Quintanilla filed no further response. Our independent review of the record, counsel's brief and supplemental letter brief, and Quintanilla–Quintanilla's response discloses no non-frivolous issue for appeal. Quintanilla–Quintanilla's claim of duress is unsupported by any evidence and contradicted by the record, and his complaints about his sentence do not raise a non-frivolous issue given the standard of review and the colloquy in the record. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.